# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARFEDALIA SANTIBANEZ-SERNA,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 2:12-CV-460-KJD-CWH

**ORDER**

    The proposed joint pre-trial order was due on April 22, 2013.  However, the parties have taken no action of record since December 16, 2012.  Accordingly, IT IS HEREBY ORDERED that the parties file a joint status report or joint pre-trial order no later than May 28, 2013.

    DATED this 8th day of May 2013.


_____
Kent J. Dawson
United States District Judge