DANIEL G. BOGDEN
United States Attorney
JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Facsimile: (702)388-6787
justin.pingel@usdoj.gov
Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARFEDALIA SANTIBANEZ-SERNA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES of AMERICA, HUALAPAI TRIBE, and DOES 1 through 10, <br><br> Defendant. | Case No: 2:12-cv-00460-KJD-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 9th day of July 2013.

BRADLEY S. MAINOR, ESQ.
JOSEPH J. WIRTH, ESQ.
Mainor Wirth
1215 S. Fort Apache Rd., Suite 120
Las Vegas, Nevada 89117
Attorneys for Plaintiff.
Dated:_____

DANIEL G. BOGDEN
United States Attorney

JUSTIN E. PINGEL
Assistant United States Attorney

Attorneys for the United States.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: July 10, 2013